**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DORIS AGBEFE,** | ) | |
| | ) | **Case No.: 19-cv-04397** |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Hon. Gary Feinerman** |
| **BOARD OF EDUCATION OF THE** | ) | |
| **CITY OF CHICAGO,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**CONTESTED THIRD MOTION OF PLAINTIFF DORIS AGBEFE**
**FOR EXTENSION OF TIME TO AMEND COMPLAINT**

Plaintiff Doris Agbefe, through counsel, moves as follows for extension of time to file her amended complaint:

1. Plaintiff Agbefe asserts claims of discrimination and retaliation under Title VI and Title IX of the Civil Rights Act, as well 42 U.S.C. § 1983, due to actions and practices of Defendant Board of Education of the City of Chicago .

2. Agbefe additionally filed charges of discrimination and retaliation under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.*, in the United States Equal Employment Opportunity Commission. In its Letter of Determination, dated July 7, 2020, filed herewith, the EEOC found:

> I have determined that the evidence obtained in the investigation establishes reasonable cause to believe that Respondent discriminated against Charging Party and a class of employees because of their sex, female, by subjecting them to sexual harassment, at York Alternative High School from July 2017 to the present, in violation of Title VII. I have also determined that the evidence establishes reasonable cause to believe that Respondent discriminated against Charging Party and a class of teachers in retaliation for engaging in a protected activity by subjecting them to different terms and conditions of employment, including but not limited to lower performance evaluations, at York Alternative High School from July 2017 to the present, in violation of Title VII.

3. Defendant Board of Education refused to conciliate in the EEOC, and the case was forwarded to the United States Department of Justice for review for possible litigation.

4. By order of September 2, 2020, this Honorable Court gave Plaintiff Agbefe leave to file her amended complaint asserting her claims pending in the EEOC, by September 30. 2020 (#52)

5. Because the Plaintiff's claims filed in the EEOC remain under review for possible litigation by the DOJ, Plaintiff has not yet exhausted her administrative remedies, and cannot amend her complaint by the deadline set by this Honorable Court.

6. The Board filed motions to dismiss (## 14, 30). By order of May 29, 2020, this Honorable Court dismissed those motions without prejudice as moot, due to the forthcoming amendment to complaint. (#45)

7. Plaintiff has conferred with Board counsel, which objects on the basis of the pendency of discovery, and thus objects to the extension of time to amend the complaint.

8. Plaintiff has further conferred with Board counsel about discovery proceedings.

9. Defendant is well familiar with the issues raised in the EEOC, and will not be prejudiced by the additional time needed to amend. Plaintiff has had no input into the review procedures of the DOJ.

19. In the interests of justice, Plaintiff Doris Agbefe should be extended an additional 30 days to amend her complaint, as the U.S. DOJ completes its review of her case.

## **CONCLUSION**

WHEREFORE, for the reasons set forth above, Defendants' motion to extend time for filing her amended complaint should be granted.

DATE: September 28, 2020

                              8                  Respectfully submitted,

                                                  /s/ Elaine K.B. Siegel
                                                  Attorney for Plaintiff

Elaine K.B. Siegel
ELAINE K.B. SIEGEL & ASSOC., P.C.
P.O. Box 6486
Evanston, Illinois  60204
Tel:   312 339-8088
Atty. No. 6183905

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **DORIS AGBEFE,** ) | |
| ) | **Case No.: 19-cv-04397** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Hon. Gary Feinerman** |
| **BOARD OF EDUCATION OF THE** ) | |
| **CITY OF CHICAGO,** ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF**
**CONTESTED THIRD MOTION OF PLAINTIFF DORIS AGBEFE**
**FOR EXTENSION OF TIME TO AMEND COMPLAINT**

ELAINE K.B. SIEGEL states as follows on oath, under penalties of perjury:

1. I am counsel of record in the above-captioned matter, with personal knowledge of the following facts, to which I would testify if called as a witness at trial.

2. The facts set forth in the Contested Third Motion of Plaintiff Doris Agbefe For Extension of Time to Amend Complaint are true and correct.

3. The motion is not brought for purposes of delay.

FURTHER DECLARANT SAYETH NOT.

                                                                                                /s/ *Elaine K.B. Siegel*

Dated: September 28, 2020

## CERTIFICATE OF SERVICE

I, Elaine K.B. Siegel, an attorney representing the Plaintiff, hereby certify that I caused the foregoing **CONTESTED THIRD MOTION OF PLAINTIFF DORIS AGBEFE FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT,** and **SUPPORTING DECLARATION OF COUNSEL**,to be served, via CM/ECF, to the Counsel named below and all counsels having filed their appearance, on September 28, 2020.

>Lindsey Erin Goldberg
>Rashad Anthony Simmons
>Board of Education of the City of Chicago
>1 North Dearborn Street
>Law Department, Suite 200
>Chicago, Illinois 60602

>/s/ Elaine K.B.Siegel