UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Doris Agbefe

Plaintiff,

v.

Case No.:
1:19−cv−04397

Honorable Gary Feinerman

BOARD OF EDUCATION OF THE CITY OF CHICAGO

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 11, 2021:

    MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendant's motion to dismiss [14] is denied in part (as to the Section 1983 claim) and granted in part (as to the Title VI and Title IX claims). If Plaintiff wishes to replead the Title VI and Title IX claims, she must file an amended complaint by 6/2/2021. If Plaintiff does not replead within that timeframe, the dismissals of those claims will convert automatically to dismissals with prejudice, and Defendant shall answer the surviving portions of the complaint by 6/16/2021. By 6/22/2021, the parties shall file a joint status report addressing: (1) the discovery they have taken thus far; (2) the discovery that remains to be taken, including on the assumption that Plaintiff will amend the complaint to add a Title VII claim; and (3) when Plaintiff anticipates receiving a right−to−sue notice for the Title VII claim.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.