# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Doris Agbefe

                              Plaintiff,

v.                                                 Case No.: 1:19–cv–04397

                                                                   Honorable Gary Feinerman

Board Of Education Of The City Of Chicago

                                                       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 30, 2021:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 12/3/2021 at 9:00 a.m. By 11/26/2021, the parties shall file a joint status report addressing: (1) the discovery they have completed thus far; (2) the discovery that remains to be taken; (3) whether they would like a settlement conference with the Magistrate Judge; and (4) whether there is a need for the 12/3/2021 status hearing. For the reasons stated on the record, Defendant's motion to reassign [83] is denied without prejudice. The stay of discovery [88] is lifted, though discovery remains limited to written discovery. Attorneys/Parties should appear for the 12/3/2021 hearing by calling the Toll–Free Number: (877) 336–1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.